# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 26-1133

MICHAEL HICKSON,

Appellant,

v.

PECO ENERGY COMPANY, *et al.*

Appellees.

## MOTION TO STAY BRIEFING SCHEDULE PENDING DISPOSITION OF MOTION FOR SUMMARY ACTION

Appellees, PECO Energy Company ("PECO"), Exelon Corp. ("Exelon"), Exelon Foundation, RockCreek Group ("RockCreek") , Community Impact Fund ("CICF"), Patrick Noonan, and Natural Lands (collectively, the "Private Appellees"), by and through their undersigned counsel, hereby move to stay the briefing schedule issued in the above-captioned matter for the following reasons:

1. Appellant, Michel Hickson, commended this appeal of two orders entered by the District Court dismissing his action against, *inter alia*, the Private Appellees. This Court issued a briefing schedule on February 17, 2026. Hickson's brief is due on March 30, 2026.

2. The Private Appellees, simultaneously with this Motion, are filing a Motion for Summary Action on the basis that Hickson's appeal presents no substantial question and is subject to summary affirmance pursuant to Third Circuit L.A.R. 27.4 and Third Circuit I.O.P. 10.6.

3. In the interest of judicial economy, the Private Appellees request that the Court stay the briefing schedule pending resolution of the Motion for Summary Action

WHEREFORE, Appellees, PECO Energy Company, Exelon Corp., Exelon Foundation, RockCreek Group, Community Impact Fund, Patrick Noonan, and Natural Lands, request that this Court stay the briefing schedule in this matter pending disposition of the Motion for Summary Action.

Respectfully submitted,

Date: March 6, 2026

/s/ Diana P. Cortes
Diana P. Cortes (PA. No. 204274)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: (215) 963-5000
F: (215) 963-5001
*Attorney for Appellees PECO Energy Company, Exelon Corp., Exelon Foundation, RockCreek Group, Community Impact Fund, Patrick Noonan, and Natural Lands*

## <u>CERTIFICATE OF SERVICE</u>

I, Diana P. Cortes, do hereby certify that a true and correct copy of the foregoing Motion to Stay Briefing Schedule Pending Disposition of Motion for Summary Action was served on all counsel of record via ECF and upon Appellant via email and first class mail prepaid at the following address:

Michael Hickson
6604 N. 12 St.
Philadelphia, PA 19126
Mikalh47@gmail.com

Dated: March 6, 2026

/s/ Diana P. Cortes
Diana P. Cortes (PA. No. 204274)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: (215) 963-5000
F: (215) 963-5001